IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00583-AP

DELL R. MCDERMOTT,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
LUANN OTT JILOT
598 S. Gilpin Street
Denver, CO 80209
(303) 778-1868
E-mail: ottjilot@usa.net

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
 (303) 844-0017
(303) 844-0770 (facsimile)

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**      **Date Complaint Was Filed:  03/29/06**

      **B.**      **Date Complaint  Was Served on U.S. Attorney's Office:  03/30/06**

      **C.**      **Date Answer and Administrative Record Were Filed:  05/26/06**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff had major surgery for the at issue ankle disability in May, 2006.**
**Defendant's position is that she does not object to Plaintiff attaching the evidence to Plaintiff's brief, but reserves the right to assert the evidence is not relevant to the time period considered by the Administrative Law Judge in her response.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7. OTHER MATTERS**

**None.**

**8. PROPOSED BRIEFING SCHEDULE**

      **A.**      **Plaintiff's Opening Brief Due: July 25, 2006**

      **B.**      **Defendant's  Response Brief Due: August 24, 2006**

**C.**     **Plaintiff's  Reply Brief (If Any) Due: September 8, 2006**

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

**A.**     **Plaintiff's Statement: Oral Argument is not requested.**

**B.**     **Defendant's Statement:  Oral Argument is not requested.**

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

**A.**     **(    )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.**     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 19th  day of June , 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY


s/ LuAnn Ott Jilot
LUANN OTT JILOT
598 S. Gilpin Street
Denver, CO 80209
(303) 778-1868
E-mail: ottjilot@usa.net

Attorney for Plaintiff

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0017

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)