UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-00583-WDM

DELL R. MCDERMOTT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER FOR COSTS

Miller, J.

    Subject to my approval, the plaintiff has submitted an unopposed motion for costs in the amount of $287.43 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

    Accordingly, it is ordered:

1. The unopposed motion for an award of costs filed March 14, 2007, is granted.

2. Counsel for plaintiff is awarded costs in the total amount of 287.43.

    DATED at Denver, Colorado, on March 14, 2007.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL