UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-00583-WDM

DELL R. MCDERMOTT,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

Subject to my approval, the parties have stipulated to an award of attorneys' fees to plaintiff's counsel in the amount of $7,5000 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

Accordingly, it is ordered:

1. The stipulated motion for an award of attorney fees, filed April 10, 2007, is granted.

2. Counsel for plaintiff is awarded attorneys' fees and expenses in the total amount of $7,500.00.

DATED at Denver, Colorado, on April 10, 2007

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL