IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00583-WDM

DELL R. MCDERMOTT,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

_____

**ORDER DENYING MOTION FOR ATTORNEYS' FEES**
_____

    Plaintiff's Motion for Attorneys' Fees (doc. no. 27) is premature. It is therefore ordered that the motion is denied without prejudice if the plaintiff ultimately is successful.

    DATED at Denver, Colorado, on June 26, 2007.

                                                    BY THE COURT:

                                                    s/ Walker D. Miller
                                                    United States District Judge