IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00583-WDM

DELL R. MCDERMOTT,

       Plaintiff

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant

---

**ORDER ON MOTION TO REOPEN**

---

Miller, J.

      This case is before me on Plaintiff's Motion to Reopen Pursuant to Fed. R. Civ. P. 60(b)(6) (doc no 36) seeking to reopen this matter in order to file a request for an award of attorneys' fees. After remand, Plaintiff obtained a favorable decision and an award of past due benefits. Plaintiff now seeks attorney's fees pursuant to 42 U.S.C. § 406(b)(1). The Commissioner has not filed an objection to the request to reopen. Plaintiff's motion will be granted.

      Accordingly, it is ordered:

      1.    Plaintiff's Motion to Reopen Pursuant to Fed. R. Civ. P. 60(b)(6) (doc no 36) is granted.

2. This matter is reopened for the limited purpose of permitting Plaintiff to file a motion for an award of attorneys' fees.

DATED at Denver, Colorado, on January 26, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge