IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00583-WDM

DELL R. MCDERMOTT,

    Plaintiffs,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's Motion for Award of Attorneys' Fees (doc. no. 38) is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated:  April 23, 2009

                                  s/ Jane Trexler, Judicial Assistant