IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Ginny Kramer         Date: February 2, 2010
Court Reporter: Kara Spitler

**Civil Action No.  06-cv-00583-WDM**

Parties:                              Counsel:

DELL R. McDERMOTT,                    Luann Jilot

    Plaintiff,

vs.

JO ANNE B. BARNHART,
*Commissioner of Social Security*     Thomas Kraus
*Administration,*

    Defendant.

## COURTROOM MINUTES

Hearing Regarding - Oral Argument on Motion for Attorney's Fees.

**2:35 p.m.     Court in session.**

Opening statements by the Court.

Appearances of counsel.

Statements to the Court by Ms. Jilot for the Plaintiff.

Questions by the Court, to Ms. Jilot.

Statement by Mr. Kraus for the Government.

The plaintiff makes an oral motion to withdraw the plaintiff's Unopposed Motion for Attorney Fees [#41] filed June 11, 2009.

**It was ORDERED:**

1.  That the Plaintiff's Unopposed Motion for Attorney Fees [#41] filed June 11, 2009, is **WITHDRAWN.**  Plaintiff's counsel advises the Court that she has been fully paid and that she will be paying her client $ 2,248.50.

**2:53 p.m.     Court in recess.**

Total in-court time: 00:18 minutes
Hearing concluded.